# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
## Urbana Division

| | |
|---|---|
| D. ROGER GIFFIN<br><br>                Plaintiff,<br>v.<br><br>MASTERFOODS USA,<br>MARS PET CARE US, INC. and<br>MARS, INC.<br>                Defendants. | No.: 11 – 2215<br><br><br><br><br><br>JURY DEMANDED |

## STIPULATION TO DISMISS

Plaintiff, D. ROGER GIFFIN, by his attorney, Carl R. Draper of Feldman, Wasser, Draper & Cox, and Defendants, MASTER FOODS USA, MARS PET CARE US, INC. and MARS, INC. by their attorneys Harmon & Davies, P.C., jointly stipulate and agree that this action be dismissed with prejudice. The parties jointly allege and state as follows:

1. The parties have reached a settlement on all contested issues.

2. The parties have effectuated said settlement.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties stipulate that the case should be dismissed with prejudice.

4. All parties agree to bear there own costs.

WHEREFORE, the parties stipulate that this cause be dismissed.

D. Roger Giffin, Plaintiff

MASTERFOODS USA,
MARS PET CARE US, INC. and
MARS, INC, Defendants

By: /s Carl R. Draper
Carl R. Draper
Illinois Bar Number 03128847
Attorney for Plaintiff
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street
Springfield, IL 62703
Telephone: (217) 544-3403
Fax: (217) 544-1593
e-mail: cdraper@feldman-wasser.com

By: /s Laura Gallagher
Laura B. Gallagher, PA ID: 78422
Attorney for Defendants
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, PA 17603
Telephone: (717) 291-2236
Facsimile: (717) 291-5739
email: lgallagher@h-dlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

>Thomas R. Davies, Esquire
>Attorney I.D. PA #35260
>tdavies@h-dlaw.com
>HARMON & DAVIES, P.C.
>2306 Columbia Avenue
>Lancaster, PA 17603
>Telephone: (717) 291-2236
>Facsimile: (717) 291-5739
>
>Raymond C. Persin, Esquire
>Attorney I.D. #3124689
>rpersin@bcm-law.com
>BRADY, CONNOLLY & MASUDA, P.C.
>One North LaSalle Street
>Suite 1000
>Chicago, IL 60602
>Telephone: (312)425-3131
>Facsimile: (312)425-0110
>Local Counsel

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: NONE

/s Carl R. Draper
Illinois Bar Number 03128847
Attorney for Plaintiff
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street
Springfield, IL 62703
Telephone: (217) 544-3403
Fax: (217) 544-1593
e-mail: cdraper@feldman-wasser.com